UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RAYMOND RACEY,                            )
                                          )
            Petitioner,                   )
                                          )
v.                                        )    Nos. 3:21-CV-316
                                          )          3:14-CR-089
UNITED STATES OF AMERICA,                 )
                                          )
            Respondent.                   )

## O R D E R

In accordance with the accompanying Memorandum Opinion, Petitioner's *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 1; Criminal Doc. 736] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Further, for the reasons set forth in the Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

   **IT IS SO ORDERED.**

                                    ENTER:

                                    ___s/ Leon Jordan___
                                    United States District Judge